SEDALIA TRUST CO., Respondent, v. DEVELOPMENT CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by the Sedalia Trust Company against the Development Company of America. H. S. Graves, for appellant. J. F. McKinney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SEEBER'S WILL. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) In the matter of the probate of the last will and testament of Margaret Seeber, deceased. No opinion. Decree of the Surrogate's Court of the County of Richmond affirmed, with costs.

SEYMOUR, Respondent, v. EVENING HERALD CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Charles R. Seymour against the Evening Herald Company. No opinion. Judgment and order unanimously affirmed, with costs.

SHATSKY v. ROBBINS et al. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by Abraham Shatsky against Nathan B. Robbins and others. No opinion. Judgment and order unanimously affirmed, with costs.

SHAW, Respondent, v. CITY OF LOCKPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Samuel Shaw against the City of Lockport.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., dissents, upon the ground that the defendant was not shown guilty of actionable negligence.

SHELDON, Respondent, v. MILLS, Appellant. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Burt Sheldon against Harriett A. R. Mills. J. H. Banton, for appellant. H. S. Stewart, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SHIP, Respondent, v. FRIDENBERG, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Katherine Ship against Percy Fridenberg, impleaded with others. F. D. Pollak, for appellant. H. H. Van Dyck, for respondent. No opinion. Order (120 N. Y. Supp. 969) reversed, with $10 costs and disbursements, on 132 App. Div. 782, 117 N. Y. Supp. 599, and motion granted, with $10 costs, to the extent stated in order. Order filed.

SIEMANN, Respondent, v. NEW YORK TRANSP. CO., Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1909.) Actions by Frederick Siemann, an infant, and by Diedrich Siemann, against the New York Transportation Company. A. K. Wing, for appellant. M. Feltenstein, for respondent. No opinions. Judgments and orders affirmed, with costs. Orders filed.

SIEMANN v. NEW YORK TRANSP. CO. (two cases). (Supreme Court, Appellate Division, First Department. January 14, 1910.) Actions by Frederick Siemann and by Diederich Siemann against the New York Transportation Company. No opinions. Motions for stay denied. Settle orders on notice.

SILVER, Appellant, v. REBHUN, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Julius Silver against Jachiel Rebhun. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 119 N. Y. Supp. 1145.

SIMON v. SCHMITT. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Kathinka M. Simon against Ignatz Schmitt. No opinion. Motion granted. Order signed. See, also, 118 N. Y. Supp. 326.

SIZER v. KLINE BROS. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Robert R. Sizer against Kline Bros. With this case has been consolidated in this court cases bearing titles as follows: Harry A. Ely v. Theas. F. Russell; James G. Shaw v. Stanley, Jordan & Co.; Guillaume Reusens v. Oliver M. Arkenburgh; Frederick Siemann v. New York Transportation Co.; Diederich Siemann v. Same; Louis H. Backman v. Thos. W. Topham; Ephraim Siff v. Eber Forbes; Maynard N. Clement v. George L. Donellan. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 119 N. Y. Supp. 773, 821, 916, 1113.

SIZER, Appellant, v. KLINE BROS. & CO., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Robert R. Sizer against Kline Bros. & Co. F. D. Wynn, for appellant. F. M. Ozaki, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SLATTERY, Respondent, v. BARTOLICUS, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Michael J. Slattery against Emil Bartolicus. A. I. Elkus, for appellant. R. J. Donovan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re SMITH. (Supreme Court, Appellate Division, First Department. December 24, 1909.) In the matter of Washington Smith. No opinion. Reference ordered. Settle order on notice.

SMITH, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division,

Fourth Department. January 19, 1910.) Action by Mortimer D. Smith against Mike Miller. No opinion. Judgment and order affirmed, with costs.

SNELL, Respondent, v. NIAGARA PAPER MILLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Ralph M. Snell against the Niagara Paper Mills. No opinion. Judgment modified, by deducting from the verdict $86.27 as of the date of the rendition thereof, and, as so modified, affirmed, together with the order, without costs of this appeal to either party.

SPENCER, Respondent, v. BINGHAMTON RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by King W. Spencer against the Binghamton Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

SPIRO, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Philip Spiro, as trustee, against the City of New York and another. M. B. Gluck, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAGE, Respondent, v. C. MOENCH SONS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Clayton L. Stage, an infant, etc., against the C. Moench Sons Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict was contrary to and against the weight of the evidence, both as to defendant's negligence and plaintiff's freedom from contributory negligence.

KRUSE, J., dissents.

STANNARD, Appellant, v. ATLANTIC TERRA COTTA CO., Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Ambrose B. Stannard against the Atlantic Terra Cottta Company. H. C. Smyth, for appellant. G. Sumner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAPLES, Appellant, v. CORNWALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Oren G. Staples against Andrew C. Cornwall and others. No opinion. Order affirmed, with $10 costs and disbursements.

STEIGER, Respondent, v. MERYASH, Appellant, et al. (two cases). (Supreme Court, Appellate Division, First Department. January 28, 1910.) Actions by Ferdinand Steiger against Louis Meryash, impleaded with others. E. W. S. Johnston, for appellant. L. O. Van Doren, for respondent. No opinion. Orders modified, by providing that the costs imposed as a condition of amendment be made absolute, and, as so modified, affirmed, without costs. Orders filed.

In re STEVENSON. (Supreme Court, Appellate Division, First Department. December 30, 1909.) In the matter of Maxwell Stevenson. No opinion. Reargument ordered.

STEWART v. D'ONOFRIO (two cases). (Supreme Court, Appellate Division, First Department. January 28, 1910.) Actions by Oscar Stewart and by John M. Stewart, an infant, against Fortuanto D'Onofrio. No opinion. Motions to dismiss appeals granted, unless appellant comply with conditions stated in orders. Orders filed.

STEWART, Respondent, v. GARFORD, Appellant. (Supreme Court, Appellate Division, First Department. December 17, 1909.) Action by Gardiner Stewart against Arthur L. Garford. J. W. Ingram, for appellant. G. H. Montague, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STONE et al., Respondents, v. CLEVELAND, C., C. & ST. L. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Henry M. Stone and another against the Cleveland, Cincinnati, Chicago, & St. Louis Railroad Company, impleaded with others.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents, upon the ground that the contract for shipment was made with the Cincinnati Northern Railroad Company, and there is no evidence to show that such railroad is a part of the system of the Cleveland, Cincinnati, Chicago & St. Louis Railroad Company.

STRINGER v. BARKER. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Adolia G. Stringer against Charles B. Barker. With this case has been consolidated in this court cases bearing titles as follows: Catherine M. Bernadacy v. Schenke Piano Co.; People ex rel. A. H. Joline v. Wm. R. Willcox; John D. Parks Sons v. Charles Hubbard; David Boker v. H. Koehler & Co.; Clarence B. Rice v. Wittner Jaffer Co.; Doris C. Rice v. Same; New York & Pennsylvania Co. v. Antonio Dezego; Martha B. Patterson v. Thomas H. Taylor; Anna A. Flynn v. New York Taxicab Company. No opinions. Motions denied, with $10 costs. Orders filed.

SUBSIDIARY HIGH COURT OF A. O. F. et al., Respondents, v. GRAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Ac-